# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

DAVID A. NESBITT,

    Plaintiff,

vs.                              CASE NO.  5:05cv255-SPM/EMT

STATE OF FLORIDA, et al.,

    Defendant.

_____/

## **ORDER**

      THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated April 18, 2006 (doc. 11).  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

      Accordingly, it is hereby ORDERED as follows:

      1.    The magistrate judge's report and recommendation (doc. 11) is ADOPTED and incorporated by reference in this order.

      2.    This case has been dismissed without prejudice pursuant to

Plaintiff's motion (doc. 10) and Federal Rule of Civil Procedure 41 (a)(1)(I).  The clerk shall close the case.

     DONE AND ORDERED this 22nd day of May, 2006.

               *s/ Stephan P. Mickle*
               Stephan P. Mickle
               United States District Judge